SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| ELIZABETH M. SAWYER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No.  1:14-CV-01124-GSA<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of March 16, 2015, by thirty days, to the new due date of April 15, 2015, **and all other deadlines be extended accordingly**. This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

///

1

| | |
|---|---|
| DATED: March 9, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/Chantal Jenkins*<br>CHANTAL JENKINS,<br>(As authorized via E-mail on 2/24/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ELIZABETH M. SAWYER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No.  1:14-CV-01124-GSA<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE AN OPENING BRIEF** |

Pursuant to the stipulation of the parties (ECF No. 12), the request for an extension of time is APPROVED. Plaintiff shall file her Opening Brief on or before April 15, 2015. Defendant shall file any opposition on or before May 15, 2015 and Plaintiff may file any reply brief on or before June 1, 2015.

IT IS SO ORDERED.

  Dated:   **March 11, 2015**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE