SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| ELIZABETH M. SAWYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No.  1:14-CV-01124-GSA<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of April 15, 2015, by thirty days, to the new due date of May 15, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff's attorney is currently out on marternity three weeks earlier than she had planned.

///

///

///

1

| | |
|---|---|
| DATED:  April 10, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Chantal Jenkins*<br>CHANTAL JENKINS,<br>(As authorized via E-mail on 4/10/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

**ORDER**

Pursuant to the above stipulation of the parties showing good cause for a requested second extension of Plaintiff's time to file an opening brief, the request is hereby APPROVED.

Plaintiff shall file her opening brief on or before May 15, 2015. Defendant shall file her opposition brief on or before June 15, 2015. Plaintiff may file any reply brief on or before June 30, 2015.

IT IS SO ORDERED.

Dated:  **April 13, 2015**          **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE